

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
05/25/2021

| | | |
|---|---|---|
| IN RE: | § | |
| THOMAS CALVERT SCOTT | § | CASE NO: 20-35029 |
| and | § | |
| TAMMI LYNN SCOTT, | § | CHAPTER 7 |
|    Debtors. | § | |
| | § | |
| US TRUSTEE, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 21-3057 |
| | § | |
| THOMAS CALVERT SCOTT | § | |
| and | § | |
| TAMMI LYNN SCOTT, | § | |
|    Defendants. | § | |

**ORDER
FOR ELECTRONIC SCHEDULING CONFERENCE**

1. An electronic conference will be conducted, pursuant to Federal Rule of Civil Procedure 16, as made applicable by Federal Rule of Bankruptcy Procedure 7016, before the United States Bankruptcy Court, Houston Division, on June 29, 2021 at 11:00 a.m..

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed: (i) the dial-in-number for hearings before Judge Rodriguez is **832-917-1510** and the conference room number is **999276**; **AND** (ii) for video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code: judgerodriguez.

3. **Use of speaker phones are not permitted. Parties wishing to participate in the hearing must either pick up the receiver, or utilize some form of head set such as ear buds or headphones. Participants may not have more than one open phone line while participating.**

4. Plaintiff(s) is ordered to serve Defendant(s) with a copy of this Order and to file a certificate of service not later than two business days from entry of this Order.

5. Not less than 3 business days prior to the conference, the parties shall confer and file a joint report pursuant to Federal Rule of Civil Procedure 26(f) as made applicable by Federal Rule of Bankruptcy Procedure 7026.

6. The parties may agree in a written stipulation to extend the Defendant(s) answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

7. If no answer has been filed, the Plaintiff(s) should be prepared to advise the Court of the status of the filing of a motion for default.

SIGNED May 25, 2021

_____
Eduardo Rodriguez
United States Bankruptcy Judge