# United States Bankruptcy Court

_____Southern_____ District Of___Texas_____

**In re** ___Thomas Calvert Scott and Tammi Lynn Scott___,  )
                    Debtor                                )      Case No. __20-35029__
                                                       )
     ___U.S. Trustee, Region 7, Kevin M. Epstein___,  )      Chapter __7__
                    Plaintiff                              )
                                 v.                             )
_____Thomas Calvert Scott_____,  )      Adv. Proc. No. __21-03057__
                  Defendant                         )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Clerk<br>Southern District of Texas<br>PO Box 61010<br>Houston, TX  77208 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Alicia L. Barcomb<br>Office of the United States Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX  77002 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                                    *Nathan Ochsner, Clerk of Court*

Date: April 20, 2021

                                                                                      *s/ H. Lerma*
                                                                                 *Signature of Clerk or Deputy Clerk*

# United States Bankruptcy Court

_____Southern\_\_\_ District Of\_\_Texas_____

**In re** \_\_Thomas Calvert Scott and Tammi Lynn Scott\_\_,  )
                Debtor                                  )    Case No. **20-35029**
                                                          )
                                                           )    Chapter **7**

\_\_U.S. Trustee, Region 7, Kevin M. Epstein\_\_,  )
                Plaintiff                                )
                                                           )
                     v.                             )
_____Tammi Lynn Scott_____,  )    Adv. Proc. No. **21-03057**
                Defendant                   )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Clerk<br>Southern District of Texas<br>PO Box 61010<br>Houston, TX  77208 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Alicia L. Barcomb<br>Office of the United States Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX  77002 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: April 20, 2021

*s/ H, Lerma*
*Signature of Clerk or Deputy Clerk*