B 250A (8/96)

Case 21-03057 Document 2 Filed in TXSB on 04/20/21 Page 1 of 2
Case 20-35029 Document 142 Filed in TXSB on 04/20/21 Page 11 of 16

# United States Bankruptcy Court

_____Southern_____ District Of __Texas_____

**In re** ___Thomas Calvert Scott and Tammi Lynn Scott___ , )
        Debtor        )  Case No. __20-35029__
                   )
                   )  Chapter __7__
___U.S. Trustee, Region 7, Kevin M. Epstein___ , )
        Plaintiff        )
                   )
         v.            )
_____Thomas Calvert Scott_____ , )  Adv. Proc. No. __21-03057__
        Defendant       )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Clerk<br>Southern District of Texas<br>PO Box 61010<br>Houston, TX 77208 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Alicia L. Barcomb<br>Office of the United States Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                 *Nathan Ochsner, Clerk of Court*

Date: __April 20, 2021__                      *s/ H. Lerma*
                                 *Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

I, __Alicia L. Barcomb_____, certify that I am, and at all times during the
          (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ____April 21, 2021_____ by:
       (date)

VIA REGULAR AND CERTIFIED MAIL

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Thomas Calvert Scott
    5710 Savanna Pasture Road
    Katy, TX 77493

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:



☐ Residence Service: By leaving the process with the following adult at:



☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:



☐ Publication: The defendant was served as follows: [Describe briefly]



☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]
                                                                                                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__April 21, 2021_____      _Alicia Barcomb_____
Date      Signature

Digitally signed by Alicia Barcomb
Date: 2021.04.21 14:27:46 -05'00'

| Print Name | Alicia L. Barcomb | | | | |
|---|---|---|---|---|---|
| Business Address | Office of the United States Trustee | | | | |
| | 515 Rusk; Suite 3516 | | | | |
| City | Houston | State | TX | Zip | 77002 |

# United States Bankruptcy Court

_____Southern_____ District Of ____Texas_____

In re ___Thomas Calvert Scott and Tammi Lynn Scott___,
                          Debtor

Case No. __20-35029__

Chapter __7__

___U.S. Trustee, Region 7, Kevin M. Epstein___,
                          Plaintiff

v.

_____Tammi Lynn Scott_____,
                          Defendant

Adv. Proc. No. __21-03057__

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Clerk<br>Southern District of Texas<br>PO Box 61010<br>Houston, TX 77208 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Alicia L. Barcomb<br>Office of the United States Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: April 20, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

I, __Alicia L. Barcomb__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __April 21, 2021__ by:
(date)

VIA REGULAR AND CERTIFIED MAIL

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Tammi Lynn Scott
5710 Savanna Pasture Road
Katy, TX 77493

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__April 21, 2021__                            __Alicia Barcomb__ Digitally signed by Alicia Barcomb
Date                                          Date: 2021.04.21 14:40:47 -05'00'
                                              Signature

| Print Name | Alicia L. Barcomb | | | | |
|---|---|---|---|---|---|
| Business Address | Office of the United States Trustee |||||
| | 515 Rusk; Suite 3516 |||||
| City | Houston | State | TX | Zip | 77002 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: Thomas Calvert Scott<br>Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 4 |

On 4/20/2021, I did cause a copy of the following documents, described below,

Summons in Adversary Proceeding ECF Docket Reference No. 4

Complaint Seeking Denial of Discharge 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/20/2021

/s/ Alicia Barcomb
Alicia Barcomb  24106276
Trial Attorney
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002
713 718 4650

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Thomas Calvert Scott<br>　　　　Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br><br>ECF Docket Reference No. 4 |

On 4/20/2021, a copy of the following documents, described below,
Summons in Adversary Proceeding ECF Docket Reference No. 4

Complaint Seeking Denial of Discharge 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alicia Barcomb
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

THOMAS CALVERT SCOTT
5710 SAVANNA PASTURE ROAD
KATY TX 77493

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: Thomas Calvert Scott<br>Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 4-1 |

On 4/20/2021, I did cause a copy of the following documents, described below,

Summons in Adversary Proceeding ECF Docket Reference No. 4-1

Complaint Seeking Denial of Discharge 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/20/2021

/s/ Alicia Barcomb
Alicia Barcomb  24106276
Trial Attorney
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002
713 718 4650

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: Thomas Calvert Scott<br>Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br><br>ECF Docket Reference No. 4-1 |

On 4/20/2021, a copy of the following documents, described below,
Summons in Adversary Proceeding ECF Docket Reference No. 4-1

Complaint Seeking Denial of Discharge 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alicia Barcomb
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX 77002

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

TAMMI LYNN SCOTT
5710 SAVANNA PASTURE ROAD
KATY TX 77493

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Thomas Calvert Scott<br>          Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 4 |

On 4/21/2021, I did cause a copy of the following documents, described below,

Summons in Adversary Proceeding ECF Docket Reference No. 4

Complaint Seeking Denial of Discharge 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/21/2021

/s/ Alicia Barcomb
Alicia Barcomb  24106276
Trial Attorney
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002
713 718 4650

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: Thomas Calvert Scott<br>Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br><br>ECF Docket Reference No. 4 |

On 4/21/2021, a copy of the following documents, described below,
Summons in Adversary Proceeding ECF Docket Reference No. 4

Complaint Seeking Denial of Discharge 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/21/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alicia Barcomb
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7020 0640 0002 1337 4979
THOMAS CALVERT SCOTT
5710 SAVANNA PASTURE ROAD
KATY TX 77493

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Thomas Calvert Scott<br>         Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 4-1 |

On 4/21/2021, I did cause a copy of the following documents, described below,

Summons in Adversary Proceeding ECF Docket Reference No. 4-1

Complaint Seeking Denial of Discharge 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/21/2021

/s/ Alicia Barcomb
Alicia Barcomb  24106276
Trial Attorney
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002
713 718 4650

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: Thomas Calvert Scott<br>Tammi Lynn Scott<br><br>Kevin M. Epstein, United States Trustee,<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott | CASE NO: 20-35029<br><br>ADVERSARY CASE NO: 21-03057<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br><br>ECF Docket Reference No. 4-1 |

On 4/21/2021, a copy of the following documents, described below,
Summons in Adversary Proceeding ECF Docket Reference No. 4-1

Complaint Seeking Denial of Discharge 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/21/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alicia Barcomb
UNITED STATES TRUSTEES OFFICE
515 RUSK AVE., ROOM 3516
HOUSTON, TX  77002

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7020 0640 0002 1337 4986
TAMMI LYNN SCOTT
5710 SAVANNA PASTURE ROAD
KATY TX 77493
```