727OBJ

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Adversary Proceeding #: 21-03057

*Assigned to:* Bankruptcy Judge Eduardo V Rodriguez          *Date Filed:* 04/19/21
*Lead BK Case:* 20-35029
*Lead BK Title:* Thomas Calvert Scott and Tammi Lynn Scott
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:*  41 Objection / revocation of discharge - 727(c),(d),(e)


**Plaintiff**
---------------------
**US Trustee**                                    represented by **Alicia Lenae Barcomb**
515 Rusk                                          Office of the US Trustee
Ste 3516                                          515 Rusk Street
Houston, TX 77002                                 Ste 3516
713-718-4650                                      Houston, TX 77002
                                                  713-718-4650
                                                  Email: alicia.barcomb@usdoj.gov
                                                  *LEAD ATTORNEY*


V.


**Defendant**
---------------------
**Thomas Calvert Scott**                          represented by **Thomas Calvert Scott**
5710 Savanna Pasture Road                         PRO SE
Katy, TX 77493
SSN / ITIN: xxx-xx-3708


**Defendant**
---------------------
**Tammi Lynn Scott**                              represented by **Tammi Lynn Scott**
5710 Savanna Pasture Rd.                          PRO SE
Katy, TX 77493
SSN / ITIN: xxx-xx-5860


| Filing Date | # | Docket Text |
|---|---|---|
| 04/19/2021 | 1 (14 pgs; 2 docs) | Adversary case 21-03057. Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) Complaint by US Trustee against Thomas Calvert Scott, Tammi Lynn Scott. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet) (Barcomb, Alicia) (Entered: 04/19/2021) |

| | | |
|---|---|---|
| 04/19/2021 | 2<br>(1 pg) | Request for Issuance of Summons on Thomas Calvert Scott. (Barcomb, Alicia) (Entered: 04/19/2021) |
| 04/19/2021 | 3<br>(1 pg) | Request for Issuance of Summons on Tammi Lynn Scott. (Barcomb, Alicia) (Entered: 04/19/2021) |
| 04/20/2021 | | Receipt of Complaint(21-03057) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 0. Fee amount $ 350.00. (RobbieWestmoreland) (Entered: 04/20/2021) |
| 04/20/2021 | | Notice of Appearance and Request for Notice Filed by Alicia Lenae Barcomb (Barcomb, Alicia) (Entered: 04/20/2021) |
| 04/20/2021 | 4<br>(2 pgs; 2 docs) | Summons Issued on Tammi Lynn Scott Date Issued 4/20/2021; Thomas Calvert Scott Date Issued 4/20/2021. (Attachments: # 1 Summon) (hler) (Entered: 04/20/2021) |
| 04/21/2021 | 5<br>(2 pgs) | Summons Service Executed on Thomas Calvert Scott 4/21/2021. (Barcomb, Alicia) (Entered: 04/21/2021) |
| 04/21/2021 | 6<br>(2 pgs) | Summons Service Executed on Tammi Lynn Scott 4/21/2021. (Barcomb, Alicia) (Entered: 04/21/2021) |
| 05/06/2021 | 7<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Brendon D Singh Filed by on behalf of Spencer Wright (Singh, Brendon) (Entered: 05/06/2021) |
| 05/06/2021 | 8<br>(2 pgs) | Notice *of Joinder*. (Related document(s):1 Complaint) Filed by Spencer Wright (Singh, Brendon) (Entered: 05/06/2021) |
| 05/25/2021 | 9<br>(2 pgs) | Order for Electronic Scheduling Conference. Signed on 5/25/2021 (Related document(s):1 Complaint) Hearing scheduled for 6/29/2021 at 11:00 AM via telephone and video conference. (jchavez) (Entered: 05/25/2021) |
| 05/26/2021 | 10<br>(2 pgs) | Certificate *of Service* (Filed By US Trustee ).(Related document(s):9 Order Setting Hearing) (Barcomb, Alicia) (Entered: 05/26/2021) |
| 05/27/2021 | 11<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):9 Order Setting Hearing) No. of Notices: 3. Notice Date 05/27/2021. (Admin.) (Entered: 05/27/2021) |

**PACER Service Center**

**Transaction Receipt**

| 06/15/2021 09:12:12 | | | |
|---|---|---|---|
| **PACER Login:** | amccullar:6103502:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 21-03057 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |