**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **THOMAS CALVERT SCOTT &** | § | **CASE NO. 20-35029** |
| **TAMMI LYNN SCOTT** | § | |
| | § | |
| DEBTORS. | § | **CHAPTER 7** |
| | § | |
| | § | |
| **KEVIN M. EPSTEIN** | § | |
| **UNITED STATES TRUSTEE** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| vs. | § | **ADVERSARY NO. 21-03057** |
| | § | |
| **THOMAS CALVERT SCOTT &** | § | |
| **TAMMI LYNN SCOTT** | § | |
| | § | |
| DEFENDANTS. | § | |

## SWORN AFFIDAVIT OF DINA CLINE

Before me, the undersigned authority, on this day appeared Dina Cline, who being by me duly sworn stated as follows:

1. I am an individual who resides at 33 Akoni Place, Paia, HI 96779.

2. I initially met Thomas Calvert Scott (hereinafter "Mr. Scott") in 2018 in order to retrieve a vehicle part from him, pursuant to an advertisement on Craigslist.

3. In early 2020, I came into contact with Mr. Scott again, pursuant to a business deal regarding Maui Lifted Jeep Rentals, LLC between Mr. Scott and Spencer Wright.

4. I have known Mr. Scott for over 1 year. During this time, I have engaged in many conversations with Mr. Scott.

5. I have developed a business relationship with Mr. Scott.

6. Throughout this time that I have known Mr. Scott, he has never mentioned that he was in the military or had any affiliation with the military.

7. It is my understanding and belief that Mr. Scott was not in the military.

STATE OF HAWAII      §
            §
COUNTY OF MAUI     §

  I, Dina Cline, Affiant, having been duly sworn, hereby state on oath that the for the Sworn Affidavit filed in this cause is a true and complete statement, to the best of my knowledge, and further acknowledge the foregoing instrument.

_____
Dina Cline, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME BY** Dina Cline, on the __7th__ day of __June__, 2021, to certify which witness my hand and seal of office.

_____
Notary Public, State of Hawaii

Date: 6/7/2021   # Pages: 2
Name: Joel C. Groomes 2nd Circuit
Doc. Description:
Sworn Affidavit

_____
Notary Signature
NOTARY CERTIFICATION
16 october 2023
my commission
expires

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **THOMAS CALVERT SCOTT &** | § | **CASE NO. 20-35029** |
| **TAMMI LYNN SCOTT** | § | |
| | § | |
| **DEBTORS.** | § | **CHAPTER 7** |
| | § | |

| | | |
|---|---|---|
| | § | |
| **KEVIN M. EPSTEIN** | § | |
| **UNITED STATES TRUSTEE** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| **vs.** | § | **ADVERSARY NO. 21-03057** |
| | § | |
| **THOMAS CALVERT SCOTT &** | § | |
| **TAMMI LYNN SCOTT** | § | |
| | § | |
| **DEFENDANTS.** | § | |
| | § | |

## SWORN AFFIDAVIT OF SPENCER WRIGHT

Before me, the undersigned authority, on this day appeared Spencer Wright, who being by me duly sworn stated as follows:

1. I am an individual who resides at 33 Akoni Place, Paia, HI 96779.

2. In early 2020, I met Mr. Scott in order to discuss a business deal regarding Maui Lifted Jeep Rentals, LLC.

3. I have known Thomas Calvert Scott (hereinafter "Mr. Scott") for over 1 year. During this time, I have engaged in many conversations with Mr. Scott.

4. I have developed a business relationship with Mr. Scott.

5. Throughout this time that I have known Mr. Scott, he has never mentioned that he was in the military or had any affiliation with the military.

6.  It is my understanding and belief that Mr. Scott was not in the military.

STATE OF HAWAII                              §
                                            §
COUNTY OF MAUI                               §

    I, Spencer Wright, Affiant, having been duly sworn, hereby state on oath that the for the Sworn Affidavit filed in this cause is a true and complete statement, to the best of my knowledge, and further acknowledge the foregoing instrument.

                         Spencer Wright, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME BY** Spencer Wright, on the _____7th_____ day of ___June___, 2021, to certify which witness my hand and seal of office.

                         Notary Public, State of Hawaii

Date: 6/7/2021  # Pages: 2
Name: Joel C. Groomes 2nd Circuit
Doc. Description: _____
Sworn Affidavit
_____
      Notary Signature
NOTARY CERTIFICATION
16 october 2023
    my commission
      expires