UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Thomas Calvert Scott and Tammi Lynn Scott<br>　　　Debtors | CASE NO. 20-35029<br><br>CHAPTER 7 |
| Kevin M. Epstein,<br>United States Trustee,<br><br>　　　Plaintiff<br><br>v.<br><br>Thomas Calvert Scott and Tammi Lynn Scott<br>　　　Defendants | ADV. PROC. NO. 21-03057 |

**ORDER**

**[Relates to ECF # __]**

CAME ON to be considered the United States Trustee's Motion for Entry of Default and Default Judgment under Fed. R. Bankr. P. 7055, due notice and opportunity for a hearing have been given to all parties in interest, the Court being fully advised of the premises, and that Thomas Calvert Scott and Tammi Lynn Scott failed to file answers or other pleadings as required by Fed. R. Bankr. P. 7012, it is therefore

**ORDERED** that:

1. The Motion is **GRANTED.** Defendants having been duly served with the Complaint in the above captioned matter and having failed to timely answer or otherwise plead in response thereto, it is ordered that Defendants are in

1

**DEFAULT**;

2. The Court hereby enters default judgment in favor of Plaintiff, Kevin M. Epstein, United States Trustee, and against Defendants, Thomas Calvert Scott and Tammi Lynn Scott, and denies Defendants, Thomas Calvert Scott and Tammi Lynn Scott, their individual discharge of all pre-petition debts, whether scheduled or unscheduled, pursuant to 11 U.S.C. § 727(a)(2), (3), (4), (5), and (7); and

3. Defendants' individual discharges of all pre-petition debts, whether scheduled or unscheduled, are hereby **DENIED**. The Clerk of the Court shall not issue a discharge order or enter a discharge on the docket or in the official court records in this case.

SIGNED this _____ day of _____, 2021.

                                                                                       _____
                                                                                       EDUARDO V. RODRIGUEZ
                                                                                       UNITED STATES BANKRUPTCY JUDGE