IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-35029 |
| THOMAS CALVERT SCOTT | § | |
| and | § | CHAPTER 7 |
| TAMMI LYNN SCOTT, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| US TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 21-3057 |
| | § | |
| THOMAS CALVERT SCOTT | § | |
| and | § | |
| TAMMI LYNN SCOTT, | § | |
| | § | |
| Defendants. | § | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Names:   **THOMAS CALVERT SCOTT and**
**TAMMI LYNN SCOTT**

Therefore, default is entered against the defendants as authorized by Fed. R. Bankr. P. 7055.

Nathan Ochsner
_____
Clerk of the Bankruptcy Court

By: *Norma Jean Chavez*
_____
Deputy Clerk

June 22, 2021
_____
Date