

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/22/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-35029 |
| THOMAS CALVERT SCOTT | § | |
| and | § | CHAPTER 7 |
| TAMMI LYNN SCOTT, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| US TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 21-3057 |
| | § | |
| THOMAS CALVERT SCOTT | § | |
| and | § | |
| TAMMI LYNN SCOTT, | § | |
| | § | |
| Defendants. | § | |

ORDER CANCELLING
SCHEDULING CONFERENCE AND
<u>SETTING ELECTRONIC HEARING</u>
*Regarding ECF No. 12*

1. The Scheduling Conference currently set for June 29, 2021 at 11:00 a.m. is hereby canceled. A hearing on Plaintiff's Motion for Default Judgment, ECF No. 12, shall be conducted electronically before the United States Bankruptcy Court, Southern District of Texas, Houston Division on July 14, 2021 at 3:30 p.m. (Central Standard Time).

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

3. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4. Within two business days of receipt of this Order, Plaintiff must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

    SIGNED June 22 2021

                                                    _____
                                                    Eduardo Rodriguez
                                                    United States Bankruptcy Judge