UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
ALICIA L. BARCOMB
TRIAL ATTORNEY
515 Rusk, Room 3516
Houston, TX  77002
Telephone: (713) 718-4650
Facsimile: (713) 718-4670

**UNITED STATES BANKRUTPCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**Thomas Calvert Scott and Tammi Lynn Scott**<br>　　　**Debtors** | **CASE NO. 20-35029**<br><br>**CHAPTER 7** |
| **Kevin M. Epstein,**<br>**United States Trustee,**<br><br>　　　**Plaintiff**<br><br>**v.**<br><br>**Thomas Calvert Scott and Tammi Lynn Scott**<br>　　　**Defendants** | **ADV. PROC. NO. 21-03057** |

**CERTIFICATE OF SERVICE**

　　I hereby certify that on June 22, 2021, the United States Trustee served a true and correct copy of the ORDER CANCELLING SCHEDULING CONFERENCE AND SETTING ELECTRONIC HEARING (ECF # 14) upon the Defendants listed below via U.S. Postal Service, First Class Mail and in the manner indicated below. Additionally, all other parties receiving electronic notice in the case were issued notice via ECF, on June 22, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/*Alicia L. Barcomb*
　　　　　　　　　　　　　　　　　　　　　　　　Alicia L. Barcomb

1

DEFENDANTS:

Thomas Calvert Scott
5710 Savanna Pasture Road
Katy, TX 77493
By email: tcscott2002@yahoo.com

Tammi Lynn Scott
5710 Savanna Pasture Road
Katy, TX 77493
By email: tammidaniel@ymail.com